# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MICHAEL KAPLANIS,**

    Plaintiff,

v.                                Case No.: 8:10-cv-02140-EAK-AEP

**JBI, INC., a Nevada Corporation, and
JOHN BORDYNUIK, an Individual,**

    Defendants.

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Michael Kaplanis hereby voluntarily dismisses his action in this matter without prejudice with the Court retaining jurisdiction to enforce settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of February, 2011, a copy of the foregoing was filed electronically. Notice of this filling will be sent by e-mail to all parties by operation of the Court's electronic filing system as follows:

    Cathy Beveridge, Esq.
    **Fowler White Boggs**
    501 E. Kennedy Boulevard, Suite 1700
    Tampa, Florida 33602
    *Attorney(s) for Defendant*

                                            */s/ Jonathan T. Gilbert*_____
                                            Jonathan T. Gilbert, Esquire, FBN 0064829
                                            jgilbert@ffmlawgroup.com
                                            Bradley A. Tobin, Esquire, FBN 0101818
                                            btobin@ffmalwgroup.com
                                            **FELDMAN, FOX & MORGADO, P.A.**
                                            2701 N. Rocky Point Drive, Suite 1000
                                            Tampa, Florida 33607
                                            Tel. (813) 639-9366 / Fax. (813) 639-9376
                                            *Attorney(s) for Plaintiff*